IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD W. CACIOPPO, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC., MALCOM WALKER, TONI WARREN, and DOES 1 through 10, inclusive,<br><br>  Defendant. | No. C 12-06391 JSW<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING RE REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS**<br><br>**(Docket Nos. 22, 29)** |

This matter comes before the Court upon consideration of the Report and Recommendation granting Plaintiff's motion for default judgment against all Defendants. The Court has reviewed the Report and Recommendation, Plaintiff's motion, and the record in this case. Although the Clerk did enter default against each of the Defendants, the Court requires further briefing on the issue of whether Defendants have been properly served. *See* Fed. R. Civ. P. 4(e)(1); Cal. Code Civ. P. 415.20; Tex. R. Civ. P. 106.

Plaintiff shall file his supplemental brief by no later than November 15, 2013.

**IT IS SO ORDERED.**

Dated: November 4, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE