IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD W. CACIOPPO, an individual, | No. C 12-06391 JSW |
| Plaintiff, | **ORDER RE SUPPLEMENTAL BRIEFING** |
| v. | |
| COMMERCIAL RECOVERY SYSTEMS, INC., MALCOM WALKER, TONI WARREN, and DOES 1 through 10, inclusive, | |
| Defendant. | |

The Court has received Plaintiff's supplemental briefing on the issue of service. Upon the filing of a proof of service of mailing or a declaration from counsel attesting that such mailing occurred, the Court will issue an Order on the pending Report and Recommendation granting Plaintiff's motion for default judgment against all Defendants.

**IT IS SO ORDERED.**

Dated: November 25, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE